## JACOB F. MILLER agt. JAMES H. HOOKER.

*One* bill of lading, composed of any number of different articles, is considered but *one item*, on the trial of a cause. A motion for reference on *one* bill of lading, containing *eleven* different items, or articles, as requiring the examination of a long account, will be denied with costs. (*See* 2 *Howard*, 79.)

*June Term*, 1846.

MOTION by plaintiff for a reference.

Plaintiff's affidavit stated that the action was assumpsit; the declaration contained three counts, and declared for work, labor and services, in carrying for the defendant, *at his request, a quantity of flour and ashes, from    [*172] the city of Buffalo to the city of Troy. The plea was the general issue, and the trial of the cause would require the examination of a long account on the part of the plaintiff. Defendant showed that the plaintiff's bill of particulars contained *one bill of lading only*, and *that* was composed of *eleven* different items.

R. H. NORTHROP, *plaintiff's counsel and attorney.*
H. HARRIS, *defendant's counsel and attorney.*

JEWETT, Justice. Held, that *one bill of lading* was but *one item;* no matter how many different articles it was composed of, it could not be considered as involving the examination of a long account on the trial.

Motion denied, with $7 costs.